THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAURIE MUNNING, for Herself and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NORDSTROM, INC., and DOES 1-20, inclusive,<br><br>Defendants. | No. 2:19-cv-01810-RSL<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO COMPEL ARBITRATION OR, IN THE ALTERNATIVE, TO DISMISS (DKT. 11)**<br><br>NOTE ON MOTION CALENDAR: NOVEMBER 26, 2019 |

## **STIPULATION**

WHEREAS, on October 6, 2019, Plaintiff Laurie Munning filed this putative class action in the King County Superior Court;

WHEREAS, on November 7, 2019, Defendant Nordstrom, Inc. ("Nordstrom"), removed this matter to this Court (Dkt. 1);

WHEREAS, on November 14, 2019, Nordstrom filed a Motion to Compel Arbitration or, in the alternative, to Dismiss ("Motion") (Dkt. 11);

WHEREAS, Local Civil Rule 7(d)(3) requires the noting date for consideration of a motion to dismiss and a motion to compel arbitration to be no earlier than the fourth Friday

STIP. MOTION AND PROP. ORDER EXTENDING TIME
TO RESPOND TO DEFENDANT'S MOTION TO COMPEL - 1
19-CV-01810-RSL

HATTIS & LUKACS
400 108th Avenue NE, Suite 500
Bellevue, WA 98004
425.233.8650 | FAX: 425.412.7171
www.hattislaw.com

after filing and service of the motion, with any opposition papers to be filed and served no later than the Monday before the noting date and any reply papers to be filed and served no later than the noting date. Thus, pursuant to Local Civil Rule 7(d)(3), the noting date for Nordstrom's Motion is December 6, 2019, and the last day for Plaintiff Munning to file and serve any opposition papers is December 2, 2019;

WHEREAS, Local Civil Rule 7(j) permits parties to file a Motion for Relief from a Deadline;

WHEREAS, Plaintiff Munning hereby requests a 14-day extension of her deadline to file any opposition papers such that said opposition papers would be due to be filed on or before Monday, December 16, 2019;

NOW, THEREFORE, Plaintiff Laurie Munning and Defendant Nordstrom, Inc., hereby STIPULATE and AGREE that the deadline for Plaintiff Munning to file any opposition papers to Defendant Nordstrom's Motion should be extended to December 16, 2019, thereby extending the noting date and the date by which Defendant Nordstrom must file any reply papers to December 20, 2019.

DATED this 26th day of November, 2019.

| HATTIS & LUKACS | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
|---|---|
| By: /s/ Daniel M. Hattis<br>Daniel M. Hattis, WSBA No. 50428<br>dan@hattislaw.com | By: /s/ Robert Guite<br>Robert Guite, WSBA No. 25753<br>rguite@sheppardmullin.com |
| Hattis & Lukacs<br>400 108th Avenue, Suite 500<br>Bellevue, WA 98004<br>Tel: 425.233.8628<br>Fax: 425.412.7171 | Sheppard, Mullin, Richter & Hampton, LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4109<br>Tel: 415.434.9100<br>Fax: 415.434.3947 |
| By: /s/ Stephen P. DeNittis<br>Stephen P. DeNittis<br>*Admitted Pro Hac Vice*<br>sdenittis@denittislaw.com | Attorneys for Defendant Nordstrom, Inc. |
| DeNittis Osefchen Prince, P.C.<br>5 Greentree Centre, Suite 410<br>525 Route 73 N. | |

STIP. MOTION AND PROP. ORDER EXTENDING TIME
TO RESPOND TO DEFENDANT'S MOTION TO COMPEL - 2
19-CV-01810-RSL

HATTIS & LUKACS
400 108th Avenue NE, Suite 500
Bellevue, WA 98004
425.233.8650 | FAX: 425.412.7171
www.hattislaw.com

1    Marlton, New Jersey 08057
     Tel: (856) 797-9951
2    Fax: (856) 797-9978

3    Attorneys for Plaintiff Laurie Munning
     And the Proposed Class

## ORDER

Based on the foregoing Stipulated Motion of the parties, it is hereby ordered that the deadline for Plaintiff to file any opposition papers to Defendant's Motion to Compel Arbitration or, in the alternative, to Dismiss is extended to December 16, 2019, thereby extending the noting date and the date by which Defendant must file any reply papers to December 20, 2019.

DATED this 27th day of November, 2019.

_____
The Honorable Robert S. Lasnik
United States District Court Judge

Presented by:

HATTIS & LUKACS

By: /s/ Daniel M. Hattis
Daniel M. Hattis, WSBA No. 50428

STIP. MOTION AND PROP. ORDER EXTENDING TIME
TO RESPOND TO DEFENDANT'S MOTION TO COMPEL - 3
19-CV-01810-RSL

HATTIS & LUKACS
400 108th Avenue NE, Suite 500
Bellevue, WA 98004
425.233.8650 | FAX: 425.412.7171
www.hattislaw.com