UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAURIE MUNNING,

    Plaintiff,

    v.

NORDSTROM, INC., *et al.*,

    Defendants.

NO. C19-1810RSL

ORDER DENYING MOTION FOR RELIEF FROM *PRO HAC VICE* REQUIREMENTS

This matter comes before the Court on "Defendant Nordstrom, Inc.'s Motion to Waive Physical [Office] Requirement for Counsel Supporting the Application of P. Craig Cardon and Jay T. Ramsey to Appear *Pro Hac Vice*." Dkt. # 10. The motion is DENIED. As is the norm in this district, counsel who are not admitted to practice before the Court must obtain permission to participate in the case, and their application must be supported by an attorney who both is admitted to the bar of this court and has a physical office within the geographic boundaries of the Western District of Washington. See State of Washington v. Trump, C17-0141JLR; LCR 83.1(d)(2). Although Robert J. Guite is a member of the Washington State Bar Association and therefore need not seek permission to appear before the Court (LCR 83.1(d)(1)), he does not maintain a physical office is this district and may not act as local counsel for others under LCR 83.1(d)(2). The Court declines to waive the requirements of LCR 83.1(d).

//

ORDER DENYING MOTION FOR RELIEF
FROM PRO HAC VICE REQUIREMENTS - 1

Dated this 6th day of December, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR RELIEF
FROM PRO HAC VICE REQUIREMENTS - 2